SECURITIES and EXCHANGE COMMISSION, Plaintiff– Appellee,

v.

ONYX CAPITAL ADVISORS, LLC and Michael A. Farr, Defendants,

and

Roy Dixon, Jr., Defendant–Appellant.

No. 2013–1110.

United States Court of Appeals, Federal Circuit.

April 23, 2013.

Michael O'Connell, Esq., Trial Attorney, Department of Justice, Washington, DC, for Plaintiff–Appellee.

Roy Dixon, Jr., Atlanta, GA, for Defendant–Appellant.

## ORDER

The court having received no objection in response to its order of April 5, 2013,

IT IS ORDERED THAT:

(1) The motion for reconsideration is granted.

(2) The court's March 5, 2013 order is vacated.

(3) The appeal is transferred to the United States Court of Appeals for the Sixth Circuit.